AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   15 Civ. 9773 (ALC) |
| $33,000,000 IN UNITED STATES CURRENCY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                          .

Date:    04/21/2016

/s/
*Attorney's signature*

Alexander Wilson
*Printed name and bar number*

U.S. Attorney's Office - SDNY
One Saint Andrew's Plaza
New York, NY 10007

*Address*

Alexander.Wilson@usdoj.gov
*E-mail address*

(212) 637-2453
*Telephone number*

(212) 637-0084
*FAX number*